UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 09CR0505-L |
| Plaintiff, | ) | |
| v. | ) | ORDER TO CONTINUE |
| | ) | SENTENCING HEARING |
| **ALEJANDRO VARELA,** | ) | |
| Defendant. | ) | |

**JOINT MOTION HAVING BEEN ENTERED** by the parties, and **GOOD CAUSE** appearing, **IT IS HEREBY ORDERED**, that defendant ALEJANDRO VARELA, currently in custody, sentencing date be continued from October 5, 2009 at 8:30 a.m. until **November 9, 2009 at 8:30 a.m.**

**SO ORDERED.**

DATED: September 30, 2009

_____
M. James Lorenz
United States District Court Judge

09CR0505